```
 1  SAMUEL F. GALICI CSB# 102496
 2  LAW OFFICES OF SAMUEL F. GALICI
    1190 S. Victoria Ave., Suite 204
 3  Ventura, CA 93003-6569
    Phone: (805) 654-1451; Fax: (805) 654-1453
 4  sgalici@EmployeeLawyers.net
 5
    Attorneys for Plaintiff CAROL BROWN
 6
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CAROL BROWN, | Case No. CV08-03095- MMM (MANx) |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING STIPULATION FOR MODIFICATION OF SCHEDULING ORDER TO CONTINUE DATE FOR JURY TRIAL AND PRETRIAL CUTOFF DATES |
| JOHN E. POTTER, as Postmaster General, et al., | |
| Defendants, | |

ORDER FOR MODIFICATION OF SCHEDULING ORDER TO CONTINUE DATE FOR JURY TRIAL AND PRETRIAL CUTOFF DATES

1

Pursuant to the parties' Joint Stipulation IT IS HEREBY ORDERED:

1. The Trial date is continued from November 3, 2009 to January 25, 2010.
2. The Motion and Fact Discovery Cut-Off is continued from September 21, 2009 to November 16, 2009.
3. Pre-trial Conference is continued from October 5, 2009 to November 23, 2009.

DATED: _____

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE