GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
IRA A. DAVES
Assistant United States Attorney
California Bar No. 156724
　　Room 7516, Federal Building
　　300 North Los Angeles Street
　　Los Angeles, California 90012
　　Telephone: (213) 894-2443
　　Fax: (213) 894-7819
　　E-Mail: Ira.Daves@usdoj.gov

JS - 6

Attorneys for Defendant John E. Potter, Postmaster General

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CAROL BROWN, | No. CV 08-3095-R(MANx) |
| 　　　　Plaintiff, | |
| 　　v. | |
| JOHN E. POTTER, POSTMASTER GENERAL, | |
| 　　　　Defendant. | Hon. Manuel L. Real<br>United States District Judge |

<u>JUDGMENT IN FAVOR OF DEFENDANT</u>

　　　Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment came on regularly for

1  hearing before this Court on November 30, 2009.
2       After considering the moving and opposing papers, arguments,
3  and all other matters presented to the Court,
4       IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff take
5  nothing on her Complaint, that this action be DISMISSED in its
6  entirety on the merits with prejudice.  IT IS FURTHER ORDERED
7  that Defendant be awarded costs.

10  DATED: December 8, 2009    _____
                                THE HON. MANUEL L. REAL
11                              United States District Judge

13  Presented by:

14  GEORGE S. CARDONA
    Acting United States Attorney
15  LEON W. WEIDMAN
    Assistant United States Attorney
16  Chief, Civil Division

18   /s/_____
    IRA A. DAVES
19  Assistant United States Attorney
    Attorneys for Defendant

28                              2